UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS-6

| | | | |
|---|---|---|---|
| Case No. | CV 09-6993 CAS (JEMx) | Date | March 9, 2010 |
| Title | HANKYO SO, ET AL. v. NBGI, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(Chambers:) ORDER DISCHARGING ORDER TO SHOW CAUSE & DISMISSING ACTION AS TO REMAINING DEFENDANTS**

    On February 5, 2010, this Court issued plaintiffs an order to show cause no later than March 8, 2010 why this action should not be dismissed for lack of prosecution as to defendants NBGI, Inc.; Washington Mutual, FA; and JPMorgan Chase Bank, N.A. As of the date of this order, plaintiffs have not filed a response to this order. Accordingly, the Court dismisses this action against remaining defendants NBGI, Inc.; Washington Mutual, FA; and/or JPMorgan Chase Bank, N.A. without prejudice.

    IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |